UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA BHANDARI, et al.,<br><br>                        Plaintiffs,<br><br>v.<br><br>NATIONAL CITY, et al.,<br><br>                        Defendants. | Case No.:  21cv1652-BTM-MDD<br><br>**AMENDED SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS**<br><br><br>[ECF No. 21] |

On October 7, 2022, the parties jointly moved the Court to extend by two months the expert disclosure deadlines set by the Court's August 4, 2022 Scheduling Order. (ECF Nos. 20–21). Upon due consideration, and good cause appearing, the Court **GRANTS IN PART** the parties' joint motion. The Scheduling Order is amended as follows:

1. All discovery, including expert discovery, shall be completed by all parties by **February 6, 2023**.

2. All expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be served on

all parties on or before **December 21, 2022**.  Any contradictory or rebuttal disclosures within the meaning of Rule 26(a)(2)(D)(ii) shall be disclosed on or before **January 21, 2023**.

      3.    All other dates and deadlines remain as previously set. (*See* ECF No. 20).

**IT IS SO ORDERED.**

Dated:   October 11, 2022

_____
Hon. Mitchell D. Dembin
United States Magistrate Judge