LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Pro Hac Vice Ca. Bar No. 144074)
Eric Valenzuela (Pro Hac Vice Bar No. 284500)
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel: (818) 347-3333 | Fax: (818) 347-4118
Email: dalekgalipo@yahoo.com, evalenzuela@galipolaw.com

Emily E. Howe, Esq. (SBN 293964)
Law Offices of Emily E. Howe
7710 Balboa Avenue, Suite 325
San Diego, California 92111
Telephone:   (619) 800-6605
emh@howelaws.com

John Burton (SBN 86029)
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 449-8300
jb@johnburtonlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA BHANDARI, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>NATIONAL CITY, et al.,<br><br>    Defendants. | Case No.: 3:21-cv-01652-BTM-DEB<br><br>**[PROPOSED] PRETRIAL ORDER**<br><br><u>Final Pre-Trial Conference</u><br>Date: November 9, 2023<br>Time: 3:30 pm |

Following pretrial proceedings, pursuant to Fed. R. Civ. P., Rule 16, and L.R. 16, IT IS HEREBY ORDERED:

1. **JOINT NEUTRAL STATEMENT[1]:**

This case involves an encounter between Tony Wilson and Officers Jonathan Taylor, Evan Davis and Charles Stevens of the National City Police Department. The Plaintiffs are Sophia Wilson, Sierra Wilson and Tony Wilson Jr., who are the children of the decedent, Tony Wilson.  The Defendants are Jonathan Taylor, Evan Davis and Charles Stevens.  The Plaintiffs claim that the Defendant officers used excessive force [and restraint] against Tony Wilson and failed to provide him timely medical attention.  Plaintiffs seek damages as permitted by law.

The Defendants deny Plaintiffs' claims.

2. **CAUSES OF ACTION TO BE TRIED:**

Plaintiffs plan to pursue the following claims against the following defendants:

**Claim 1:**    **Excessive Force** (42 U.S.C. § 1983 and the Fourth Amendment) against Defendants Jonathan Taylor, Evan Davis and Charles Stevens[2].

Elements:

1.    Jonathan Taylor, Evan Davis and Charles Stevens acted under color of law;

2.    Jonathan Taylor, Evan Davis and/or Charles Stevens used excessive force [and/or restraint] against Decedent.

2.    The excessive force [and/or restraint] caused injury, damage, harm, or

_____

[1] The parties agree to all the language in the joint neutral statement except for the language "and restraint" which the Defendants object to.

[2] The parties agree to all the language in Plaintiffs' Claim 1, except for the language "and/or restraint" which the Defendants object to.

1    death to Decedent.

2    *See* Ninth Circuit Manual of Model Jury Instructions, No. 9.25.

3    Damages:    Survival damages, including pain and suffering, [loss of life and

4    loss of enjoyment of life][3] and wrongful death damages.

5    **Defendants' Defenses to Claim 1**:

6    a.    No Excessive Force

7    Defendants will argue that the Defendants did not use excessive force, and

8    instead used an amount of force reasonably necessary given the circumstances of the

9    encounter.

10    b.    Qualified Immunity

11    Defendants will argue they are entitled to qualified immunity. Under the

12    doctrine of qualified immunity, "courts may not award damages against a

13    government official in his personal capacity unless the official violated a statutory or

14    constitutional right, and the right was clearly established at the time of the

15    challenged conduct." Lane v. Franks, 573 U.S. 228, 243 (2014).  Defendants will be

16    making Motions under Rule 50(a) and 50(b) during the appropriate time at trial,

17    unless the District Court elects to raise and decide the issue of qualified immunity

18    sua sponte. *Easley v. City of Riverside*, 850 F.3d 851, 855 (9th Cir. 2018).

19    **Claim 2:**    **Interference with Familial Relations (Wrongful Death)** (42

20    U.S.C. § 1983 and the Fourteenth Amendment) against Defendants Jonathan Taylor,

21    Evan Davis and Charles Stevens.

22    Elements:

23    1. Jonathan Taylor, Evan Davis and Charles Stevens acted under color of

24    law;

25    2. If the jury determines that Jonathan Taylor, Evan Davis and Charles

26

27

28

1    Stevens had time to deliberate, then whether Jonathan Taylor, Evan Davis

2    and Charles Stevens acted with deliberate indifference to Decedent's

3    rights; if the jury determines that Jonathan Taylor, Evan Davis and Charles

4    Stevens did not have time to deliberate, then whether Jonathan Taylor,

5    Evan Davis and Charles Stevens acted with a purpose to harm unrelated to

6    a legitimate law enforcement purpose.

7  *See* Ninth Circuit Manual of Model Jury Instructions, No. 9.32

8    <u>Damages</u>:   Wrongful death damages.

9  **Defendants' Defenses to Claim 2**:

10            a.     No Excessive Force

11  Defendants will argue that the Defendants did not use excessive force, and

12  instead used an amount of force reasonably necessary given the circumstances of the

13  encounter.

14            b.     Qualified Immunity

15  Defendants will argue they are entitled to qualified immunity. Under the

16  doctrine of qualified immunity, "courts may not award damages against a

17  government official in his personal capacity unless the official violated a statutory or

18  constitutional right, and the right was clearly established at the time of the

19  challenged conduct." Lane v. Franks, 573 U.S. 228, 243 (2014).  The qualified

20  immunity analysis consists of two prongs: (1) whether the facts the plaintiff alleges

21  make out a violation of a constitutional right; and (2) whether that right was clearly

22  established at the time the defendant acted.  Castro v. County of Los Angeles, 833

23  F.3d 1060, 1066 (9th Cir. 2016) (en banc); Orn v. City of Tacoma, 949 F.3d 1167

24  (9th Cir. 2020). Defendants will be making Motions under Rule 50(a) and 50(b)

25  during the appropriate time at trial, unless the District Court elects to raise and

26

27    [3] Defendants object to Plaintiffs claim for loss of life damages and loss of

28  (footnote continued)

1    decide the issue of qualified immunity sua sponte. *Easley v. City of Riverside*, 850

2    F.3d 851, 855 (9th Cir. 2018).

c.     No Deliberate Indifference

4       Defendants will argue that Defendants did not act with deliberate

5    indifference.

d.     Conduct Did Not Shock Conscious

7       Defendants will argue that Defendants conduct did not "shock the conscious,"

8    and that the Defendant officers did not act with a purpose to harm or with deliberate

9    and reckless indifference.

e.     No Damages

11    Defendant**s** will argue that Plaintiffs have not suffered any damages as they were

12    estranged from the Decedent.

**3.**    <u>**WITNESSES LIST**</u>**:**

<u>**Per Plaintiffs:**</u>

**(a) Witnesses Counsel Expect to Call at Trial**

16     1.     Sophia Wilson- Plaintiff and Decedent's daughter.  Is expected to

17    testify as to damages.

18     2.     Sierra Wilson- Plaintiff and Decedent's daughter.  Is expected to

19    testify as to damages.

20     3.     Tony Wilson Jr- Plaintiff and Decedent's son.  Is expected to testify as

21    to damages.

22     4.     Evan Davis- Defendant officer.  Is expected to testify as to his

23    involvement, use of force, observations, police officer's standards and

24    training and tactics.

25     5.     Charles Stevens- Defendant officer.  Is expected to testify as to his

---

enjoyment of life damages as not recoverable.

involvement, use of force, observations, police officer's standards and training and tactics.

6.     Johnathan Taylor - Defendant officer.  Is expected to testify as to his involvement, use of force, observations, police officer's standards and training and tactics.

**Per Defendants**:

| Witness | Subject of Information |
|---------|------------------------|
| **Jonathan Taylor** (Defendant) (available through counsel) | This witness is expected to testify regarding his compliance with Department procedures in arresting the Decedent, the manner in which the Decedent resisted arrest, and the significant efforts made by Officers to provide CPR and resuscitate the Decedent prior to the Decedent being transported to the hospital on the night of the alleged incident. |
| **Evan Davis** (Defendant) (available through counsel) | This witness is expected to testify regarding his compliance with Department procedures in arresting the Decedent, the manner in which the Decedent resisted arrest, and the significant efforts made by Officers to provide CPR and resuscitate the Decedent prior to the Decedent being transported to the hospital on the night of the alleged incident. |
| **Charles Stevens** (Defendant) (available through counsel) | This witness is expected to testify as to his involvement in apprehending the Decedent, his compliance with Department procedures in arresting the Decedent, the manner in which the Decedent resisted arrest, and the significant efforts made by Officers to provide CPR and resuscitate the Decedent prior to the Decedent being transported to the hospital on the night of the alleged incident. |

| | |
|---|---|
| **Jose Tellez** (former Defendant) (available through counsel) | This witness is expected to testify regarding the Officers' compliance with Department procedures in arresting the Decedent on the night of the alleged incident, and may provide testimony with respect to the Department's training policies and procedures. |
| **Thomas Valdez Mitchell** 937 E 8th St National City, CA 91950 619 857-9166 | This witness is expected to testify regarding Decedent's actions and behavior prior to the incident, as well as Decedent's actions in resisting arrest. |
| **Joshua David Kee Eira** 937 E 8th St National City, CA 91950 619 806-3953 | This witness is expected to testify regarding Decedent's actions and behavior prior to the incident, as well as Decedent's actions in resisting arrest. |
| **Rami Tobiya** 698 Heabert St El Cajon, CA 92020 619 772-0914 | This witness is expected to testify regarding Decedent's actions and behavior prior to the incident, as well as Decedent's actions in resisting arrest. |
| **Aurora Reyes** 921 E. 8th Street #A National City, CA 619 962-0436 | This witness is expected to testify regarding Decedent's actions and behavior prior to the incident, damages to her residence, as well as Decedent's actions in resisting arrest. |

| | |
|---|---|
| **Warlito Reyes**<br><br>921 E. 8th Street #A<br>National City, CA<br>619 962-0436 | This witness is expected to testify regarding Decedent's actions and behavior prior to the incident, damages to his residence, as well as Decedent's actions in resisting arrest. |
| **Christina Covington**<br><br>435 H St<br>Chula Vista, CA 91910<br>(619) 691-7000 | This witness is expected to testify regarding Decedent's injuries, treatment, condition, and end of life care. |
| **Catherine Ocampo**<br><br>435 H St<br>Chula Vista, CA 91910<br>(619) 691-7000 | This witness is expected to testify regarding her work as a social worker with respect to Decedent's palliative care and her communications with the Decedent's family. |
| **Robert Stabley**<br><br>5570 Overland Ave, Ste 101<br>San Diego, Ca 92123 | This witness is expected to testify regarding his autopsy of Decedent, Decedent's injuries, and his findings. |
| **Christopher Burton**<br><br>5570 Overland Ave, Ste 101<br>San Diego, Ca 92123 | This witness is expected to testify regarding his work and report as a Medical Examiner Investigator in relation to Decedent and Decedent's injuries. |

| | |
|---|---|
| **Vivian Miramontes**<br><br>765 Third Avenue, Suite 200<br>Chula Vista, CA 91910<br>(619) 476-3700 | This witness is expected to testify as Decedent's parole agent regarding Decedent's employment history, place of residence, and criminal and incarceration history. |
| **David Greenberg**<br><br>330 W Broadway<br>San Diego, CA 92101 | This witness is expected to testify regarding the District Attorney's investigation of the underlying incident. |
| **Sophia Bhandari**<br><br>(Plaintiff) | This witness is expected to testify regarding her alleged relationship and communications with her father and claimed damages. |
| **Tony Wilson**<br><br>(Plaintiff) | This witness is expected to testify regarding his alleged relationship and communications with his father and claimed damages. |
| **Sierra Wilson**<br><br>(Plaintiff) | This witness is expected to testify regarding her alleged relationship and communications with her father and claimed damages. |

| | |
|---|---|
| **Craig D. McLaren**<br><br>P.O. Box 62<br>Santa Clarita,<br>CA 91310 | This witness will provide expert opinion testimony related, but not limited, to the reasonableness of the underlying use of force and conduct of the involved officers before, during, and after their encounter with the Decedent. Mr. McLaren is also expected to render rebuttal opinions of Plaintiff's expert. |
| **Mark Kroll, PhD, FACC, FHRS, FIEEE, FAIMBE**<br><br>Box 23<br>Crystal Bay,<br>MN 55323 | This witness will provide expert opinion testimony related, but not limited, to the involved officers use of a TASER in relation to the decedent's death relative to liability, causation, and defenses, including providing a rebuttal to the opinions of Plaintiffs' expert, Bennet Omalu, M.D., dealing with the use of the TASER X26P device. |
| **Gary Michael Vilke, M.D., FACEP, FAAEM**<br><br>200 W. Arbor Drive<br>San Diego, CA 92103 | This witness will provide a rebuttal to the medical opinions of Plaintiffs' expert, Bennet Omalu, M.D. Dr. Vilke will provide expert opinion testimony related, but not limited, to Decedent's medical conditions, consistency of symptoms and observations with prior medical history and evaluation, injuries, care, treatment, diagnosis, prognosis, and death relative to liability, causation, and defenses. |
| **Binh T. Ly, M.D.**<br><br>200 W. Arbor Drive<br>San Diego, CA 92103 | This witness will provide a rebuttal to the opinions of Plaintiffs' expert, Bennet Omalu, M.D., regarding potential causes that may have contributed to the death of Mr. Tony Garza Wilson, specifically the impact of various substances detected in his body. |

Case No. 3:21-cv-01652-BTM-DEB

[PROPOSED] PRETRIAL CONFERENCE ORDER

**(b) Expert Witnesses Expected to be Called at Trial**

**Per Plaintiffs:**

7.      Bennet Omalu- Forensic pathologist and is expected to testify as to Decedent's injuries, cause of death, manner and mechanism of death, prone and restraint asphyxia, the effect of the taser on the body and pain and suffering.

8.      Jeff Noble - Police practices expert expected

9.      Scott Holdaway- Video expert and is expected to testify about syncing the body camera videos, video enhancements and the PDFs he created from the still images of the body cameras.

**Per Defendants:**

| | |
|---|---|
| **Craig D. McLaren**<br><br>P.O. Box 62<br>Santa Clarita,<br>CA 91310 | This witness will provide expert opinion testimony related, but not limited, to the reasonableness of the underlying use of force and conduct of the involved officers before, during, and after their encounter with the Decedent. Mr. McLaren is also expected to render rebuttal opinions of Plaintiff's expert. |
| **Mark Kroll, PhD, FACC, FHRS, FIEEE, FAIMBE**<br><br>Box 23<br>Crystal Bay,<br>MN 55323 | This witness will provide expert opinion testimony related, but not limited, to the involved officers use of a TASER in relation to the decedent's death relative to liability, causation, and defenses, including providing a rebuttal to the opinions of Plaintiffs' expert, Bennet Omalu, M.D., dealing with the use of the TASER X26P device. |

| | |
|---|---|
| **Gary Michael Vilke, M.D., FACEP, FAAEM**<br><br>200 W. Arbor Drive<br>San Diego, CA 92103 | This witness will provide a rebuttal to the medical opinions of Plaintiffs' expert, Bennet Omalu, M.D. Dr. Vilke will provide expert opinion testimony related, but not limited, to Decedent's medical conditions, consistency of symptoms and observations with prior medical history and evaluation, injuries, care, treatment, diagnosis, prognosis, and death relative to liability, causation, and defenses. |
| **Binh T. Ly, M.D.**<br><br>200 W. Arbor Drive<br>San Diego, CA 92103 | This witness will provide a rebuttal to the opinions of Plaintiffs' expert, Bennet Omalu, M.D., regarding potential causes that may have contributed to the death of Mr. Tony Garza Wilson, specifically the impact of various substances detected in his body. |

## (c) Witnesses Not Expected to Testify but Reserve Right to Call Per Plaintiffs:

10.    Jessee Sherratt- Treating doctor from Scripps Hospital.  Is expected to testify as to Decedent's injuries, medical care, medical billing and cause of death.

11.    Gregory Knigh- Treating nurse from Scripps Hospital.  Is expected to testify as to Decedent's injuries, medical care and medical billing.

12.    Sudir Malik- Treating doctor from Scripps Hospital.  Is expected to testify as to Decedent's injuries, medical care, medical billing and cause of death.

13.    Holly Beke Yang- Treating doctor from Scripps Hospital.  Is expected to testify as to Decedent's injuries, medical care, medical billing and cause of

1   death.

2   14.      Cesar Pena Romero- Treating doctor from Scripps Hospital.  Is

3   expected to testify as to Decedent's injuries, medical care, medical billing

4   and cause of death.

5   15.      Susan Qusay Mahai- Treating doctor from Scripps Hospital.  Is

6   expected to testify as to Decedent's injuries, medical care, medical billing

7   and cause of death.

8   16.      Emily Raetz- Treating doctor from Scripps Hospital.  Is expected to

9   testify as to Decedent's injuries, medical care, medical billing and cause of

10  death.

11  17.      Clifford Masom- Prior treating physician from UC San Diego Health

12  and is expected to testify as to Decedent's general condition of health prior to

13  the incident.

14  18.      Christopher Kahn- Prior treating physician from UC San Diego Health

15  and is expected to testify as to Decedent's general condition of health prior to

16  the incident.

17  19.      Heather Boynton- Prior treating physician from UC San Diego Health

18  and is expected to testify as to Decedent's general condition of health prior to

19  the incident.

20  **Per Defendants**:

| **Kristopher Collins**<br><br>8808 Balboa Ave, Suite 150 San Diego, CA 92123 (858) 492-8111 | This witness is expected to testify regarding his treatment of Decedent as an AMR paramedic and Decedent's condition upon arrival on scene and during transport to the hospital. |
| --- | --- |

| | |
|---|---|
| **Michael Moore**<br><br>8808 Balboa Ave, Suite 150 San Diego, CA 92123 (858) 492-8111 | This witness is expected to testify regarding his treatment of Decedent as an AMR EMT and Decedent's condition upon arrival on scene and during transport to the hospital. |
| **Adam Pattison**<br><br>8808 Balboa Ave, Suite 150 San Diego, CA 92123 (858) 492-8111 | This witness is expected to testify regarding his treatment of Decedent as an AMR EMT and Decedent's condition upon arrival on scene and during transport to the hospital. |
| **Dr. Jesse Sharrratt**<br><br>435 H St Chula Vista, CA 91910 (619) 691-7000 | This witness is expected to testify regarding Decedent's injuries, treatment, and condition. |
| **Dr. Johanna R. Gemelos**<br><br>435 H St Chula Vista, CA 91910 (619) 691-7000 | This witness is expected to testify regarding Decedent's injuries, treatment, and condition. |
| **Dr. Holly Beke Yang**<br><br>435 H St Chula Vista, CA 91910 (619) 691-7000 | This witness is expected to testify regarding Decedent's injuries, treatment, and condition. |

| | |
|---|---|
| **Dr. Mayra E. Sanchez**<br><br>435 H St<br>Chula Vista, CA 91910<br>(619) 691-7000 | This witness is expected to testify regarding Decedent's injuries, treatment, and condition. |
| **Dr. Jose Rafael Pena**<br><br>435 H St<br>Chula Vista, CA 91910<br>(619) 691-7000 | This witness is expected to testify regarding Decedent's injuries, treatment, and condition. |
| **Dr. Miguel Angel Mendoza Navarro**<br><br>435 H St<br>Chula Vista, CA 91910<br>(619) 691-7000 | This witness is expected to testify regarding Decedent's injuries, treatment, and condition. |
| **Dr. Suzan Qusay Mahdai**<br><br>435 H St<br>Chula Vista, CA 91910<br>(619) 691-7000 | This witness is expected to testify regarding Decedent's injuries, treatment, and condition. |
| **Dr. Feras Helou**<br><br>435 H St<br>Chula Vista, CA 91910<br>(619) 691-7000 | This witness is expected to testify regarding Decedent's injuries, treatment, and condition. |

| | |
|---|---|
| **Dr. Rocio Maria Flores**<br><br>435 H St<br>Chula Vista, CA 91910<br>(619) 691-7000 | This witness is expected to testify regarding Decedent's injuries, treatment, and condition. |
| **Angel Reyes**<br><br>3047 National Avenue<br>San Diego, CA | This witness is expected to testify regarding Decedent's residence at the Grupo Despertar sober living home, Decedent's behaviors, and Decedent's substance abuse. |
| **Susana Reyes**<br><br>3047 National Avenue<br>San Diego, CA | This witness is expected to testify regarding Decedent's residence at the Grupo Despertar sober living home, Decedent's behaviors, and Decedent's substance abuse. |
| **Destiny Kruse**<br><br>1401 Broadway<br>San Diego, CA 92101 | This witness is expected to testify regarding a prior similar incident in which Decedent was arrested by San Diego Police Department and his violent behavior towards San Diego Police Department officers. |
| **Joshua Johns**<br><br>1401 Broadway<br>San Diego, CA 92101 | This witness is expected to testify regarding a prior similar incident in which Decedent was arrested by San Diego Police Department and his violent behavior towards San Diego Police Department officers. |
| **Kevin Iwasaki**<br><br>1401 Broadway<br>San Diego, CA 92101 | This witness is expected to testify regarding a prior similar incident in which Decedent was arrested by San Diego Police |

[PROPOSED] PRETRIAL CONFERENCE ORDER

| | | |
|---|---|---|
| | | Department and his violent behavior towards San Diego Police Department officers. |
| | **William Neal**<br><br>1401 Broadway<br>San Diego, CA 92101 | This witness is expected to testify regarding a prior similar incident in which Decedent was arrested by San Diego Police Department and his violent behavior towards San Diego Police Department officers. |
| | **Ismael Sanchez**<br><br>1401 Broadway<br>San Diego, CA 92101 | This witness is expected to testify regarding a prior similar incident in which Decedent was arrested by San Diego Police Department and his violent behavior towards San Diego Police Department officers. |
| | **Arthur Scott**<br><br>1401 Broadway<br>San Diego, CA 92101 | This witness is expected to testify regarding a prior similar incident in which Decedent was arrested by San Diego Police Department and his violent behavior towards San Diego Police Department officers. |
| | **Brenda Calvario**<br><br>2411 Market Street<br>San Diego, CA 92101<br>619-214-5758 | This witness is expected to testify regarding a prior similar incident in 2017 in the City of San Diego in which Decedent was arrested by San Diego Police Department and his violent behavior towards San Diego Police Department officers. |
| | **Stephen Hannum**<br><br>5570 Overland Ave, Ste 101<br>San Diego, Ca 92123 | This witness is expected to testify regarding the autopsy of Decedent, Decedent's injuries, and findings. |

| | |
|---|---|
| **Thomas Eglin**<br><br>330 W Broadway<br>San Diego, CA 92101 | This witness is expected to testify regarding the District Attorney's investigation and findings regarding the underlying incident. |
| **Stephen Marquardt**<br><br>330 W Broadway<br>San Diego, CA 92101 | This witness is expected to testify regarding the District Attorney's investigation and findings regarding the underlying incident. |
| **Summer Stephan**<br><br>330 W Broadway<br>San Diego, CA 92101 | This witness is expected to testify regarding the District Attorney's investigation and findings regarding the underlying incident. |
| **Joshua Lopez**<br><br>(available through counsel) | This witness is expected to testify regarding his report and investigation involving the underlying incident, Department procedures regarding use of force, and the efforts made by Officers to provide CPR and resuscitate the Decedent prior to the Decedent being transported to the hospital on the night of the alleged incident. |
| **John McGough**<br><br>(available through counsel) | This witness is expected to testify regarding his report and investigation involving the underlying incident, Department procedures regarding use of force, and the efforts made by Officers to provide CPR and resuscitate the Decedent prior to the Decedent being transported to the hospital on the night of the alleged incident. |

[PROPOSED] PRETRIAL CONFERENCE ORDER

| | |
|---|---|
| **Darren Pierson** (available through counsel) | This witness is expected to testify regarding his investigation and report regarding the underlying incident, Department procedures regarding use of force, and the efforts made by Officers to provide CPR and resuscitate the Decedent prior to the Decedent being transported to the hospital on the night of the alleged incident. |
| **Steve Villariasa** (available through counsel) | This witness is expected to testify regarding his observations on the night of the incident, Department procedures regarding use of force, and the efforts made by Officers to provide CPR and resuscitate the Decedent prior to the Decedent being transported to the hospital on the night of the alleged incident. |
| **Brian Redikop** (available through counsel) | This witness is expected to testify regarding his observations on the night of the incident, Department procedures regarding use of force, and the efforts made by Officers to provide CPR and resuscitate the Decedent prior to the Decedent being transported to the hospital on the night of the alleged incident. |
| **Antonio Ybarra** (available through counsel) | This witness is expected to testify regarding his investigation into underlying incident and generation of the underlying TASER reports. |
| **Michael Shanahan** (available through counsel) | This witness is expected to testify regarding his investigation into the underlying incident, Decedent's injuries, and the autopsy of Decedent. |
| **Heather Scott** (available through counsel) | This witness is expected to testify regarding her investigation into the underlying incident, Decedent's injuries, the autopsy of Decedent, and photographs she took. |
| **Janelle Mayo** | This witness is expected to testify regarding his investigation |

| (available through counsel) | into the underlying incident, Decedent's injuries, and the autopsy of Decedent. |
|---|---|
| **Angela Chelius** <br><br>(available through counsel) | This witness is expected to testify regarding her participation in reviewing underlying NCPD reports and preparation of a 911 summary as well as Department procedures regarding use of force. |
| **Vincent Fernando** <br><br>(available through counsel) | This witness is expected to testify regarding his report and investigation into underlying incident. |
| **Matthew Lucas** <br><br>(available through counsel) | This witness is expected to testify regarding the National City Fire Department's response and observations on the night of the incident, Decedent's condition upon arrival, the efforts made by Officers to provide CPR and resuscitate the Decedent prior to the Decedent being transported to the hospital. |
| **Brian Smith** <br><br>(available through counsel) | This witness is expected to testify regarding the National City Fire Department's response and observations on the night of the incident, Decedent's condition upon arrival, the efforts made by Officers to provide CPR and resuscitate the Decedent prior to the Decedent being transported to the hospital. |
| **Zack Stout** <br><br>(available through counsel) | This witness is expected to testify regarding the National City Fire Department's response and observations on the night of the incident, Decedent's condition upon arrival, the efforts made by Officers to provide CPR and resuscitate the Decedent prior to the Decedent being transported to the hospital. |
| **Carolina Wilson** <br><br>2949 NE Spartan Ct Poulsbo, WA | This witness is expected to testify regarding Decedent's employment, housing, and incarceration history, his relationships and communications with his family, and medical treatment |

| | |
|---|---|
| 98370<br>360-779-1058 | following the underling incident, including end of life decisions and care. The witness is also expected to testify regarding her communications and relationships with Plaintiffs. |
| **Philip Wilson**<br><br>2949 NE Spartan Ct Poulsbo, WA 98370<br>360-779-1058 | This witness is expected to testify regarding Decedent's employment, housing, and incarceration history, his relationships and communications with his family, and medical treatment following the underling incident, including end of life decisions and care. The witness is also expected to testify regarding his communications and relationships with Plaintiffs. |
| **Delia Wilson**<br><br>PO Box 713, Goleta, CA 93116<br>858-699-9694 | This witness is expected to testify regarding Decedent's employment, housing, and incarceration history, his relationships and communications with his family, and medical treatment following the underling incident, including end of life decisions and care. The witness is also expected to testify regarding her communications and relationships with Plaintiffs. |
| **Deborah Wilson** | This witness is expected to testify regarding Decedent's employment, housing, and incarceration history, his relationships and communications with his family, and medical treatment following the underling incident, including end of life decisions and care. The witness is also expected to testify regarding her communications and relationships with Plaintiffs. |
| **Evelyn Konig**<br><br>18 Wetmore St, Keene, NH 03431 | This witness is expected to testify regarding Decedent's employment, housing, and incarceration history, his relationships and communications with his family, and medical treatment following the underling incident, including end of life decisions and care. The witness is also expected to testify regarding her communications and relationships with Plaintiffs. |

[PROPOSED] PRETRIAL CONFERENCE ORDER

| Cindy Reinstra | This witness is expected to testify regarding Decedent's employment, housing, and incarceration history, his relationships and communications with his family, and medical treatment following the underling incident, including end of life decisions and care. The witness is also expected to testify regarding her communications and relationships with Plaintiffs. |
|---|---|

**4.  EXHIBIT LIST:**

**Per Plaintiffs:**

**(a) Exhibits Counsel Expect to Offer at Trial**

1.  Decedent's Medical Records and Billing from Scripps Health
2.  Decedent's Medical Records and Billing from UC San Diego
3.  Body Worn Camera Recording from Evan Davis
4.  Body Worn Camera Recording from Charles Taylor
5.  Body Worn Camera Recording from Johnathan Stevens
6.  Synced Videos
7.  Still Frames of Videos (PDF)
8.  Autopsy Diagrams (2)
9.  Taser Policy
10.  Use of Force Policy
11.  Scene Photos
12.  Taser Download from Defendant Taylor
13.  NCPD Report by Evan Davis
14.  NCPD Report by Charles Stevens
15.  NCPD Report by Johnathan Taylor
16.  CAD Printout
17.  Dispatch Recording
18.  Photos of Decedent Prior to Incident
19.  Photos of Decedent at Hospital
20.  Autopsy Photos of Decedent
21.  Autopsy Report
22.

///
///

**Per Defendants:**

| Document Name/Description | Bates No. |
|---|---|
| Dated: 6/2/83 | NC001950- NC001956 |
| Divorce records from Case No. DN 29348 | |
| Dated: Spring 2019 | Plaintiff's production (no |
| National City Police Department Taser Training | bates) |
| Materials | |
| Dated: 9/29/19 | NC000001- NC000012 |
| Crime/Incident Report by Evan Davis | |
| Dated: 9/29/19 | NC000013- NC000014 |
| Witness List by Evan Davis | |
| Dated: 9/29/19 | NC000015- NC000018 |
| Officer Report by Joshua Lopez | |
| Dated: 9/29/19 | NC000019- NC000020 |
| Officer Report by Charles Stevens | |
| Dated: 9/29/19 | NC000021- NC000022 |
| Officer Report by Michael Shanahan | |
| Dated: 9/29/19 | NC000023 |
| Officer Report by Janelle Mayo | |
| Dated: 9/29/19 | NC000024 |
| Officer Report by Vincent Fernando | |
| Dated: 9/29/19 | NC000025- NC000027 |
| Officer Report by Jonathan Taylor | |
| Dated: 9/29/19 | NC000028 |
| Officer Report by Darren Pierson | |
| Dated: 9/29/19 | NC000029- NC000030 |
| Officer Report by John McGough | |
| Dated: 9/29/19 | NC000031 |
| Officer Report by Heather Scott | |
| Dated: 9/29/19 | NC000062- NC000069 |
| AMR Patient Care Report | |
| Dated: 9/29/19 | NC000071- NC000075 |
| Pulse Log Graphs | |
| Dated: 9/29/19 | NC000362 |
| Surveillance Camera Footage | |
| Dated: 9/29/19 | NC000363 |
| Surveillance Camera Footage | |
| Dated: 9/29/19 | NC000364 |
| Surveillance Camera Footage | |
| Dated: 9/29/19 | NC000365 |

| | | |
|---|---|---|
| Surveillance Camera Footage Dated: 9/29/19 | NC000366 | |
| Surveillance Camera Footage Dated: 9/29/19 | NC000367 | |
| Surveillance Camera Footage Dated: 9/29/19 | NC000368 | |
| Surveillance Camera Footage Dated: 9/29/19 | NC000369 | |
| Surveillance Camera Footage Dated: 9/29/19 | NC000370 | |
| Surveillance Camera Footage Dated: 9/29/19 | NC000371 | |
| Radio Audio Recording Dated: 9/29/19 | NC000372 | |
| Radio Audio Recording Dated: 9/29/19 | NC000373 | |
| Radio Audio Recording Dated: 9/29/19 | NC000374 | |
| Radio Audio Recording Dated: 9/29/19 | NC000375 | |
| Radio Audio Recording Dated: 9/29/19 | NC000376 | |
| Radio Audio Recording Dated: 9/29/19 | NC000386 | |
| Radio Audio Recording Dated: 9/29/19 | NC000387 | |
| Radio Audio Recording Dated: 9/29/19 | NC000388 | |
| Radio Audio Recording Dated: 9/29/19 | NC000389 | |
| Radio Audio Recording Dated: 9/29/19 | NC000390 | |
| Radio Audio Recording Dated: 9/29/19 | NC000391 | |
| Radio Audio Recording Dated: 9/29/19 | NC000392 | |
| Radio Audio Recording Dated: 9/29/19 | NC000396 | |
| Radio Audio Recording Dated: 9/29/19 | NC000397 | |
| Radio Audio Recording | | |

| | |
|---|---|
| Dated: 9/29/19 | NC000398 |
| Radio Audio Recording | |
| Dated: 9/29/19 | NC000403 |
| Radio Audio Recording | |
| Dated: 9/29/19 | NC000459 |
| Radio Audio Recording | |
| Dated: 9/29/19 | NC000460 |
| Body Camera Footage (Stevens) | |
| Dated: 9/29/19 | NC000461 |
| Body Camera Footage (Davis) | |
| Dated: 9/29/19 | NC000462 |
| Body Camera Footage (Davis) | |
| Dated: 9/29/19 | NC000463 |
| Body Camera Footage | |
| Dated: 9/29/19 | NC000464 |
| Body Camera Footage | |
| Dated: 9/29/19 | NC000465 |
| Body Camera Footage (Taylor) | |
| Dated: 9/29/19 | NC000466 |
| Body Camera Footage (Villariasa) | |
| Dated: 9/29/19 | NC000469 |
| Body Camera Footage | |
| Dated: 9/29/19 | NC000470- NC000501 |
| Photographs of scene | |
| Dated: 9/29/19 | NC000502- NC000523 |
| Photographs of Decedent | |
| Dated: 9/29/19 | Plaintiff's production (no bates) |
| Incident Detail Report | |
| Dated: 9/30/19 | NC000032- NC000033 |
| Presumptive Test Results | |
| Dated: 9/30/19 | NC000334- NC000361 |
| RAP Sheet | |
| Dated: 10/1/19 | NC000141- NC000158 |
| Fax from City of San Diego to Det. Shanahan re Wilson with attached SDPD Reports dated 3/12/17 | |
| Dated: 10/1/19 | NC000174 |
| 911 Calls Summary | |
| Dated: 10/1/19 | NC000175- NC000238 |
| Taser Report for Taylor | |
| Dated: 10/1/19 | NC000467 |
| Body Camera Footage (Davis) | |

| | |
|---|---|
| Dated: 10/1/19 | NC000468 |
| Body Camera Footage<br>Dated: 10/1/19 | NC000525- NC000549 |
| Photographs of scene<br>Dated: 10/2/19 | NC000159- NC000161 |
| Memo from Darren Pierson to Jose Tellez re Case<br>Summary Ref; NCPD #1905167<br>Dated: 10/2/19 | Plaintiff's production (no<br>bates) |
| Digital Video Surveillance Download Form<br>Dated: 10/15/19 | NC000290- NC000291 |
| Property/Evidence Form<br>Dated: 10/16/19 | NC000052- NC000060 |
| Autopsy Report<br>Dated: 10/16/19 | NC000556- NC000627 |
| Autopsy Photos<br>Dated: 12/27/19 | NC000049- NC000051 |
| Medical Examiner's Report<br>Dated: 9/15/20 | NC000076- NC000140 |
| Taser Report for X120044VH<br>Dated: 11/4/20 | NC000036- NC000047 |
| Letter from District Attorney<br>Dated: 9/3/22 | NC003298- NC003311 |
| Scripps Response to subpoena for film records<br>Dated: 9/11/22 | Plaintiff's production (no<br>bates) |
| Records produced by Medical Examiner's Office<br>Dated: 9/22/22 | NC001957- NC003277 |
| Medical records from Scripps<br>Dated: 9/27/22 | NC003278 – NC003297 |
| Billing records from Scripps<br>Dated: 12/6/22 | Plaintiff's production (no<br>bates) |
| UCSD records produced in response to Plaintiff's<br>subpoena<br>Undated | NC000292- NC000301 |
| Investigator's Report by Detective Pierson<br>Undated | NC000302- NC000308 |
| NCPD Policy 303<br>Undated | NC000309- NC000321 |
| NCPD Policy 300<br>Undated: | NC0001949 |
| CD of film records from Scripps<br>Undated | Plaintiff's production (no |

| | |
|---|---|
| National City Police Department Policy Manual Undated | bates) |
| AMR records produced in response to Plaintiff's subpoena | Plaintiff's production (no bates) |

### (b) Exhibits Counsel Do Not Expect to Offer at Trial but Reserve Right

**Per Plaintiffs:**    21.    Paradise Valley Hospital Records for Johnathan Taylor relating to the incident.

**Per Defendants:**

| Document Name/Description | Bates No. |
|---|---|
| Dated: Spring 2019 National City Police Department Taser Training Materials | Plaintiff's production (no bates) |
| Dated: 9/29/19 Crime Lab Work Request | NC000034- NC000035 |
| Dated: 9/29/19 Records from Paradise Valley Hospital pertaining to Jonathan Taylor | Plaintiff's production (no bates) |
| Dated: 9/29/19 Radio Audio Recording | NC000382 |
| Dated: 9/29/19 Radio Audio Recording | NC000383 |
| Dated: 9/29/19 Radio Audio Recording | NC000384 |
| Dated: 9/29/19 Radio Audio Recording | NC000385 |
| Dated: 9/29/19 Radio Audio Recording | NC000393 |
| Dated: 9/29/19 Radio Audio Recording | NC000394 |
| Dated: 9/29/19 Radio Audio Recording | NC000395 |
| Dated: 9/29/19 Radio Audio Recording | NC000399 |
| Dated: 9/29/19 Radio Audio Recording | NC000400 |
| Dated: 9/29/19 Radio Audio Recording | NC000401 |

| | | |
|---|---|---|
| 1 | Dated: 9/29/19 | NC000402 |
| 2 | Radio Audio Recording | |
| | Dated: 9/29/19 | NC000404 |
| 3 | Radio Audio Recording | |
| 4 | Dated: 9/29/19 | NC000405 |
| | Radio Audio Recording | |
| 5 | Dated: 9/29/19 | NC000406 |
| 6 | Radio Audio Recording | |
| | Dated: 9/29/19 | NC000407 |
| 7 | Radio Audio Recording | |
| 8 | Dated: 9/29/19 | NC000408 |
| | Radio Audio Recording | |
| 9 | Dated: 9/29/19 | NC000409 |
| 10 | Radio Audio Recording | |
| | Dated: 9/29/19 | NC000410 |
| 11 | Radio Audio Recording | |
| 12 | Dated: 9/29/19 | NC000411 |
| | Radio Audio Recording | |
| 13 | Dated: 9/29/19 | NC000427 |
| 14 | Radio Audio Recording | |
| | Dated: 9/29/19 | NC000437 |
| 15 | Radio Audio Recording | |
| 16 | Dated: 9/29/19 | NC000438 |
| | Radio Audio Recording | |
| 17 | Dated: 9/29/19 | NC000439 |
| 18 | Radio Audio Recording | |
| | Dated: 9/29/19 | NC000441 |
| 19 | Radio Audio Recording | |
| 20 | Dated: 9/29/19 | NC000443 |
| | Radio Audio Recording | |
| 21 | Dated: 9/29/19 | NC000447 |
| 22 | Radio Audio Recording | |
| | Dated: 9/29/19 | NC000451 |
| 23 | Radio Audio Recording | |
| 24 | Dated: 9/29/19 | NC000453 |
| | Radio Audio Recording | |
| 25 | Dated: 9/29/19 | NC000455 |
| 26 | Radio Audio Recording | |
| | Dated: 9/29/19 | NC000456 |
| 27 | Radio Audio Recording | |
| 28 | Dated: 9/29/19 | NC000457 |

| | |
|---|---|
| Radio Audio Recording Dated: 9/29/19 | NC000162- NC000173 |
| Fire Department Report Dated: 9/30/19 | NC000036 |
| Property Release Form Dated: 9/30/19 | NC000048 |
| Field Property Receipt & Release Form Dated: 9/30/19 | Plaintiff's production (no bates) |
| IA Complaint and Tracking Form Dated: 10/1/19 | NC000524 |
| Photograph of Jonathan Taylor Dated: 3/17/20 | Plaintiff's production (no bates) |
| Item Listing Chart of evidence Dated: 5/20/20 | NC000061 |
| Email from Vincent Fernando to Vanessa Castro re Copies of CDs Dated: 6/2/20 | NC000070 |
| Email from Vincent Fernando to Vanessa Castro re 1905167 Undated | NC000628- NC001948 |
| Medical and billing records from Scripps Undated | Plaintiff's production (no bates) |
| IA List of NCPD Officers on Scene | |

**5.**     <u>**STIPULATION OF FACTS:**</u>

    1.     Evan Davis, Charles Taylor and Johnathan Stevens were acting under color of law and within the course and scope of their employment as police officers for the National City Police Department at the time of the incident.

    2.     Davis, Taylor and Stevens detained the Decedent.

**6.**   <u>**DEPOSITION TESTIMONY TO BE USED AT TRIAL:**</u>

    **Per Plaintiffs:**  Depositions of Davis, Taylor and Stevens (for impeachment purposes only).

    **Per Defendants:** Depositions of Sophia Bhandari, Tony Wilson, Sierra Wilson, Jonathan Taylor, Evan Davis, Charles Stevens, Robert Stabley, and all deposed expert witnesses.

1    **7.    <u>JURY INSTRUCTIONS</u>**

2           Filed separately in accordance with Fe. R. Civ. P. 51 and CivLR 51.1 and

3    emailed in word form to Chambers.

4           Attached hereto as Exhibit "A", is Plaintiffs' Objections to Defendants'

5    Pretrial Disclosures.

6           Attached hereto as Exhibit "B", is Defendants' Objections to Plaintiffs'

7    Pretrial Disclosures.

8

9

10   DATED: October 30, 2023          THE LAW OFFICES OF DALE K. GALIPO

11

12                                    By:    _____*s/ Eric Valenzuela*_____

13                                           Eric Valenzuela
                                             Attorneys for Plaintiffs
14

15   DATED: October 30, 2023          DEVANEY PATE MORRIS & CAMERON LLP

16

17

18                                    By:    _____*s/ Lesley A. Ionescu*_____

19                                           Lesley A. Ionescu
                                             Attorneys for Defendants

20

21

22

23

24

25

26

27

28