**DEVANEY PATE MORRIS & CAMERON LLP**
William C. Pate, Esq. (SBN 206983)
  wpate@dpmclaw.com
Lesley A. Ionescu, Esq. (SBN 304615)
  lionescu@dpmclaw.com
402 W. Broadway, Suite 1300
San Diego, CA  92101
Telephone: (619) 354-5030

Attorneys for Defendants NATIONAL CITY; OFFICER JONATHAN TAYLOR; OFFICER EVAN DAVIS; and CORPORAL CHARLES STEVENS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA BHANDARI, individually and as Successor in Interest to TONY GARZA WILSON, Deceased, and SIERRA WILSON and TONY PHILIP WILSON, individually,<br><br>Plaintiff,<br>v.<br><br>NATIONAL CITY, a municipal corporation, NATIONAL CITY POLICE DEPARTMENT, CHIEF JOSE TELLEZ, OFFICERS JONATHAN TAYLOR and EVAN DAVIS; and CORPORAL CHARLES STEVENS, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-01652-BTM-MDD<br><br>**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' PRETRIAL DISCLOSURES**<br><br>**Magistrate Judge: Hon. Daniel E. Butcher**<br><br>Complaint Filed: September 20, 2021 |

Defendants hereby object to the following witnesses and exhibits presented by Plaintiffs in connection with their Pretrial Disclosures. As a preliminary matter, Plaintiffs' Pretrial Disclosures do not comply with the requirements of FRCP 26(a)(3), requiring the parties separately identify those witnesses and exhibits the party expects to call or present and those it may call or use if the need arises. Instead, Plaintiffs merely provided a witness list and exhibit list with no distinction as to which exhibits and witnesses Plaintiffs actually intend on calling and/or using versus those they may call

1
**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' PRETRIAL DISCLOSURES**

or use.

## I.

## OBJECTIONS TO PLAINTIFFS' UNDISCLOSED WITNESSES

Defendants object to the following witnesses identified by Plaintiffs: Roger Clark, Dr. Clifford Masom, Dr. Christopher Kahn, and Dr. Heather Boynton. Plaintiffs failed to disclose these witnesses during the discovery process.

Discovery in this case closed on February 6, 2023. Now, more than three months after the close of discovery, Plaintiffs identify these witnesses for the first time. None of these witnesses were identified in Plaintiffs' Initial Disclosures, expert designations, discovery responses, or were deposed. Further, Plaintiffs failed to identify these witnesses in any supplemental disclosures.

Federal Rule of Civil Procedure 26 obligates litigants to disclose "the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses." Fed. R. Civ. P. 26 (a)(1)(A)(I). Litigants have a continuing obligation to supplement their disclosures if they learn they are incomplete or incorrect. Fed. R. Civ. P. 26(e)(1)(A). Litigants who fail to make an initial disclosure required by Rule 26(a), or a supplemental disclosure required by Rule 26(e), are precluded from presenting the undisclosed evidence at trial if the failure was not substantially justified or harmless. Fed. R. Civ. P. 37(c)(1). Failure to disclose these witnesses is neither justified nor harmless. There is no reason why none of these four witnesses were not disclosed to Defendants either initially or by timely supplementation. Waiting until after the close of discovery and on the eve of trial to disclose allegedly relevant and non-cumulative witnesses is harmful and without substantial justification.

///

///

///

**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' PRETRIAL DISCLOSURES)**

## II.

## OBJECTIONS TO PLAINTIFFS' PROPOSED EXHIBITS

| Exh. No. | Name / Description | Objection |
|---|---|---|
| 1 | Decedent's Medical Records from Scripps Health | Records have been annotated/highlighted by Plaintiffs; Relevance (FRE 401, 402); Hearsay (FRE 801, 802); Lacks Foundation; Prejudice, Confusion, Waste of Time (FRE 403); Authentication (FRE 901) |
| 2 | Decedent's Medical Records from UC San Diego | Relevance (FRE 401, 402); Hearsay (FRE 801, 802); Lacks Foundation; Prejudice, Confusion, Waste of Time (FRE 403); Authentication (FRE 901) |
| 3 | BWC Davis | Video has been edited from original (i.e., badge emblem added to corner); Authentication (FRE 901); Hearsay (FRE 801, 802); Lacks Foundation; Prejudice, Confusion, Waste of Time (FRE 403) |
| 4 | BWC Taylor | Video has been edited from original (i.e., badge emblem added to corner); Authentication (FRE 901); Hearsay (FRE 801, 802); Lacks Foundation; Prejudice, Confusion, Waste of Time (FRE 403) |
| 5 | BWC Stevens | Video has been edited from original (i.e., badge emblem added to corner); Authentication (FRE 901); Hearsay (FRE 801, 802); Lacks Foundation; Prejudice, Confusion, Waste of Time (FRE 403) |
| 6 | Autopsy Diagrams (2) | Relevance (FRE 401, 402); Hearsay (FRE 801, 802); Lacks Foundation; Prejudice, Confusion, Waste of Time (FRE 403); Authentication (FRE 901); Incomplete (FRE 106) |
| 7 | Taser Policy | Relevance as policy dated 2022 (FRE 401, 402); Hearsay (FRE 801, 802); Lacks Foundation; Prejudice, Confusion, Waste of Time (FRE 403); Authentication (FRE 901); Incomplete (FRE 106) |
| 8 | Use of Force Policy | Relevance as policy dated 2022 (FRE 401, 402); Hearsay (FRE 801, 802); Lacks Foundation; Prejudice, Confusion, Waste of Time (FRE 403); Authentication (FRE 901); Incomplete (FRE 106) |
| 9 | Scene Photos | Vague and ambiguous as no Ex. 9 was provided; Hearsay (FRE 801, 802); Lacks Foundation; Prejudice, Confusion, Waste of Time (FRE 403); Authentication (FRE 901); Incomplete (FRE 106) |

| Exh. No. | Name / Description | Objection |
|---|---|---|
| 10 | Taser Download Davis (withdrawn) | Exhibit has been withdrawn |
| 11 | Taser Download Taylor | Lacks Foundation; Prejudice, Confusion, Waste of Time (FRE 403); Authentication (FRE 901) |
| 12 | NCPD Report by Evan Davis | Incomplete (FRE 106) |
| 13 | NCPD Report by Charles Stevens | |
| 14 | NCPD Report by Johnathan Taylor | |
| 15 | CAD Printout | Relevance as some portions/pages do not involve underlying incident (FRE 401, 402); Hearsay (FRE 801, 802); Lacks Foundation; Prejudice, Confusion, Waste of Time (FRE 403); Authentication (FRE 901) |
| 16 | Dispatch Recordings | Hearsay (FRE 801, 802); Lacks Foundation; Prejudice, Confusion, Waste of Time (FRE 403); Authentication (FRE 901); Incomplete (FRE 106) |
| 17 | Photos of Decedent Prior to Incident | Relevance (FRE 401, 402); Prejudice, Confusion, Waste of Time (FRE 403); Authentication (FRE 901) |
| 18 | Photos of Decedent at Hospital | Relevance (FRE 401, 402); Prejudice, Confusion, Waste of Time (FRE 403); Authentication (FRE 901); Incomplete (FRE 106) |
| 19 | Autopsy Photos of Decedent | Relevance (FRE 401, 402); Prejudice, Confusion, Waste of Time (FRE 403); Authentication (FRE 901); Incomplete (FRE 106) |
| 20 | Paradise Valley Hospital Records Taylor | Relevance (FRE 401, 402); Hearsay (FRE 801, 802); Lacks Foundation; Prejudice, Confusion, Waste of Time (FRE 403); Authentication (FRE 901) |
| 21 | Synced Videos | Lacks Foundation; Prejudice, Confusion, Waste of Time (FRE 403); Authentication (FRE 901); Hearsay (FRE 801, 802) |

///

///

4
DEFENDANTS' OBJECTIONS TO PLAINTIFFS' PRETRIAL DISCLOSURES

| Exh. No. | Name / Description | Objection |
|---|---|---|
| 22 | Still Frames of Videos (PDF) | Lacks Foundation; Prejudice, Confusion, Waste of Time (FRE 403); Authentication (FRE 901); Hearsay (FRE 801, 802) |

DATED:  May 24, 2023.   DEVANEY PATE MORRIS & CAMERON LLP

By: _____
     William C. Pate
     Lesley A. Ionescu
Attorneys for Defendants NATIONAL CITY; OFFICER JONATHAN TAYLOR; OFFICER EVAN DAVIS; and CORPORAL CHARLES STEVENS