LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, SBN 144074
dalekgalipo@yahoo.com
Eric Valenzuela, SBN 284500
evalenzuela@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, California 91367
dalekgalipo@yahoo.com
Telephone:  (818) 347-3333
Facsimile:   (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA BHANDARI, et al., | Case No. 3:21-cv-01652 BTM MDD |
| Plaintiffs, | |
| v. | **NOTICE OF ERRATA TO PRETRIAL CONFERENCE ORDER** |
| NATIONAL CITY, et al., | |
| Defendants. | |

**TO THE COURT AND ALL INTERESTED PARTIES**:

**PLEASE TAKE NOTICE:**

The Plaintiffs' Exhibit "A" to the Proposed Pretrial Conference Order (Doc. 43-1) requires correction.  Exhibit "A", which is Plaintiffs' Objections to Defendants' Pretrial Disclosures does not contain the updated version of the objections because it does not reflect the additional discovery allowed by the Court during the first Pretrial Conference.  This was in error because Plaintiffs' updated objections contain significantly less objections and it also reflects the additional discovery which was permitted by the Court.  Accordingly, Plaintiffs respectfully request that Document No. 43-1 be stricken and replaced with the corrected and updated objections attached hereto.

Counsel for Plaintiffs sincerely apologizes for any confusion and inconvenience this may have caused this Court and the defense.

DATED: October 31, 2023            LAW OFFICES OF DALE K. GALIPO

/s/ Eric Valenzuela

Eric Valenzuela
Attorneys for Plaintiffs